IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

ASHLEY HENDERSON
also known as
AJ Henderson,

  Defendant.

CRIMINAL FILE NO.
1:11-CR-255-4-TWT

ORDER

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 560] of the Magistrate Judge recommending denying the Defendant's Motion to Dismiss Indictment Because of Discrimination in Selection of Grand Jury [Doc. 190]. The alleged under representation of the Atlanta Division does not satisfy the requirement of showing absolute disparity in representation of minorities on the Grand Jury. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Dismiss Indictment Because of Discrimination in Selection of Grand Jury [Doc. 190] is DENIED.

SO ORDERED, this 18 day of January, 2013.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge