IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>QUENTIN BOOKER, et al.,<br><br>  Defendants. | CRIMINAL FILE NO.<br>1:11-CR-255-1-TWT |

ORDER

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 489] of the Magistrate Judge recommending denying the Defendant Henderson's Motion to Suppress Statements [Doc. 188]. The Defendant's statements should not be suppressed because he was told that the State would not seek the death penalty if he cooperated. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant Henderson's Motion to Suppress Statements [Doc. 188] is DENIED.

SO ORDERED, this 13 day of June, 2013.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge