IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

ASHLEY HENDERSON
also known as
AJ Henderson,

   Defendant.

CRIMINAL FILE NO.
1:11-CR-255-4-TWT

**ORDER**

This is a criminal case. It is before the Court on the Report and Recommendation [Doc. 819] of the Magistrate Judge recommending denying the Defendant's Motion to Vacate Sentence [Doc. 728]. For the reasons set forth in the thorough and well-reasoned Report and Recommendation, Defendant's counsel did not render ineffective assistance of counsel in withdrawing the Defendant's pro se notice of appeal at the Defendant's request. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Vacate Sentence [Doc. 728] is DENIED. A Certificate of Appealability is DENIED.

SO ORDERED, this 14 day of August, 2017.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge